LE ROY SYMOND, Appellant, v. THE BROOKLYN CITY RAILROAD COMPANY, Respondent.*— Order and judgment reversed upon the law and the facts, with costs, verdict reinstated, and judgment directed to be entered thereon, with costs, upon the ground that the evidence supports the verdict and the complaint should

* Affd., 256 N. Y. ——.

not have been dismissed. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.